UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES WARREN,<br><br>            Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | CASE NO. 3:20-cv-05118-JRC<br><br>ORDER AMENDING SCHEDULING ORDER |

This matter is before the Court on defendant's motion for an extension, filed the day that the responsive brief was due. *See* Dkts. 19, 20. Defendant's attorney states that she "continue[s] to seek my client's input regarding the Commissioner's defense strategy in this matter; and therefore I will not be able to complete briefing by the current deadline." Dkt. 21, at 1. Because plaintiff does not oppose the request, the Court grants the extension. The responsive brief is due on or before August 11, 2020, and the reply brief is due on or before August 25, 2020.

Dated this 29th day of July, 2020.

J. Richard Creatura
United States Magistrate Judge

ORDER AMENDING SCHEDULING ORDER - 1